MURDOCK, Justice.
The petition for the writ of certiorari is quashed. See Jefferson Cnty. Comm’n v. Edwards, 32 So.3d 572, 581 (Ala.2009), and Rule 40(b), Ala. R.App. P.
Our quashing of the writ should not be construed as approving all the language, reasons, or statements of law in the Court of Criminal Appeals’ opinion. See Ex parte Kelley, 870 So.2d 711, 714 (Ala.2003), and Horsley v. Horsley, 291 Ala. 782, 280 So.2d 155 (1973).
WRIT QUASHED.
MALONE, C.J., and WOODALL, STUART, BOLIN, PARKER, SHAW, MAIN, and WISE, JJ., concur.